NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lester Jose Salazar, | No. CV23-02069-PHX-SRB(JFM) |
| Petitioner, | ORDER |
| v. | |
| B. Birkholtz, et al., | |
| Respondents. | |

Petitioner filed his Petitioner for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on October 2, 2023 (Doc. 1). On October 18, 2023, the Court issued a screening order advising Petitioner that he "must file and serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure." Petitioner was further advised that "Failure to comply may result in dismissal of this action."

The Magistrate Judge filed his Report and Recommendation on June 11, 2024 recommending that Plaintiff's case be dismissed without prejudice because Plaintiff's mail is being returned and he has not filed a change of address. A review of the Bureau of Prisons Inmate Locator website indicates Petitioner has been released to a Residential Reentry Center, with no indication of his location beyond the Phoenix RRM Center offices. (Doc. 21, Report and Recommendation ("R & R") at 1.)

. . .

. . .

. . .

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** dismissing this case without prejudice.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 9th day of July, 2024.

_____
Susan R. Bolton
United States District Judge

- 2 -